CHARLES POTTER, JR., et al., Respondents, *v.* TRADERS' NATIONAL BANK, Appellant.*

(Argued October 11, 1894; decided October 30, 1894.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made June 23, 1893, which affirmed a judgment in favor of plaintiffs entered upon a verdict, and also affirmed an order denying a motion for a new trial.

---

* Reported below, 70 Hun, 53.

*David Hays* for appellant.

*Hector M. Hitchings* for respondents.

Agree to affirm on opinion below.
All concur.
Judgment affirmed. _____